**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005948
02-MAY-2014
09:34 AM**

NO. CAAP-13-0005948

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOSEPH K. KAOLULO, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(Case No. 3DTA-12-03756)


ORDER OF DISMISSAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On December 9, 2013, Defendant-Appellant Joseph Kekoa Kaolulo (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed on February 7, 2014, and the appellate clerk informed Appellant that the statement of jurisdiction was due by February 18, 2014, and the opening brief was due by March 19, 2014;

(3) Appellant did not file either document;

(4) On April 7, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on April 17, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, May 2, 2014.


Chief Judge


Associate Judge


Associate Judge